# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2017

*The Court of Appeals hereby passes the following order:*

## A17A0900.     THOMASON et al. v. CHESTATTEE COMMUNITY ASSOCIATION, INC. et al.

This is the third appearance of this case before this Court. In Case No. A15A2124, this Court affirmed the trial court's grant of summary judgment to Appellees in an unpublished opinion. Case No. A16A1933 was docketed three months later on June 20, 2016, and involved Appellants' appeal of the trial court's award of attorney fees to Appellee.

On December 28, 2016, the current appeal was docketed in this Court, in which Appellants seek to appeal the trial court's order requiring them to post a supersedeas bond to stay enforcement of the judgment against them pending their appeal in Case No. A16A1933. On January 18, 2017, however, this Court dismissed Case No. A16A1933 due to Appellants' failure to pursue review of the trial court's attorney fee award through discretionary application. Accordingly, there is no longer any appeal pending which could stay enforcement of the judgment against Appellants. "[T]he dismissal of a moot appeal is mandatory." *Scarbrough Group v. Worley*, 290 Ga. 234, 236 (719 SE2d 430) (2011). "A case is moot when its resolution would amount to the determination of an abstract question not arising upon existing facts or rights." (Citation and punctuation omitted.) Id. The issue of supersedeas which is on appeal in the present case has been rendered moot by this Court's dismissal of Case No. A16A1933.

Consequently, this case is DISMISSED AS MOOT.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*   08/02/2017
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*